IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHAYE WARNER                                                                                   PLAINTIFF

v.                                               No. 5:16-CV-05020

DEPUTY D. WISER; DEPUTY
D. TRIMMEL; DEPUTY N. TUCKER;
and DEPUTY FRANKS                                                                        DEFENDANTS

# ORDER

The Court has received a report and recommendation (Doc. 38) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motion for summary judgment and dismiss this case with prejudice.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 28) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of April, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE